UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAMS-SONOMA, INC., <br><br>*Plaintiff*, <br><br>v. <br><br>WAYFAIR, INC., <br><br>*Defendant*. | Civil A. No. 1:21-cv-12063 <br><br>**JURY TRIAL DEMANDED** |

**JOINT STATEMENT REGARDING ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff Williams-Sonoma, Inc. ("WSI") and Defendant Wayfair, Inc. ("Wayfair") (together, the "Parties"), by and through their respective counsel of record, respectfully submit this Joint Statement in accordance with the Court's Order (Dkt. 35) regarding referral to alternative dispute resolution. The Parties have agreed to the appointment of Magistrate Judge Marianne Bowler for alternative dispute resolution for this matter.

Dated: May 20, 2022

Respectfully submitted,

By: /s/ *Sheryl Koval Garko*
　　Sheryl Koval Garko (BBO# 657735)
　　sgarko@orrick.com
　　Mark Puzella (BBO# 644850)
　　mpuzella@orrick.com
　　Laura Najemy (BBO# 678756)
　　lnajemy@orrick.com
　　**ORRICK, HERRINGTON & SUTCLIFFE LLP**
　　222 Berkeley Street, Suite 2000
　　Boston, MA 02116
　　(617) 880-1919

　　*Counsel for Plaintiff Williams-Sonoma, Inc.*

1

By: */s/ Phillip Morton*
    Adam Gershenson, BBO No. 671296
    Stephanie Ainbinder, BBO No. 699145
    **COOLEY LLP**
    500 Boylston Street
    14th Floor
    Boston, MA 02116-3736
    Telephone: +1 617 937 2300
    Facsimile: +1 617 937 2400
    agershenson@cooley.com
    sainbinder@cooley.com

    Heidi Keefe
    Cameron Vanderwall
    **COOLEY LLP**
    3175 Hanover Street
    Palo Alto, CA 94304
    Telephone: +1 650 843 5000
    Facsimile: +1 650 849 7400
    hkeefe@cooley.com
    cvanderwall@cooley.com

    Phillip Morton
    **COOLEY LLP**
    1299 Pennsylvania Avenue, NW
    Suite 700
    Washington, DC 20004-2400
    Telephone: +1 202 842 7800
    Facsimile: +1 202 842 7899
    pmorton@cooley.com

    *Counsel for Defendant Wayfair, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Sheryl Koval Garko*
                                      Sheryl Koval Garko