# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAMS-SONOMA, INC., | |
| *Plaintiff,* | Civil A. No. 1:21-cv-12063 |
| v. | |
| WAYFAIR, INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 30 DAY STAY

Plaintiff Williams-Sonoma, Inc. ("WSI") and Defendant Wayfair, Inc. ("Wayfair") (together, the "Parties"), by and through their respective counsel of record, respectfully submit this Joint Notice of Settlement and Request for an Order staying all deadlines in this matter for 30 days.

In support of this Request the Parties state as follows:

1.   As explained in the Parties Joint Motion to Extend Case Schedule (Dkt. 95), the parties have been engaging in active settlement discussions for the past month.

2.   The Parties have reached an agreement in principle and are working diligently to finalize the terms of the settlement agreement, which they believe they can complete in the next 30 days.

3.   In order to efficiently and promptly resolve this matter, the Parties respectfully request that the Court enter a 30-day Order suspending all deadlines and staying the case in order to allow the Parties to focus their efforts on finalizing the settlement agreement.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying the

deadlines in this case for 30 days.

Dated: October 13, 2023                    Respectfully submitted,

By:/s/ *Sheryl Koval Garko*
    Sheryl Koval Garko (BBO# 657735)
    sgarko@orrick.com
    Mark Puzella (BBO# 644850)
    mpuzella@orrick.com
    Laura Najemy (BBO# 678756)
    lnajemy@orrick.com
    **ORRICK, HERRINGTON & SUTCLIFFE**
    **LLP**
    222 Berkeley Street, Suite 2000
    Boston, MA 02116
    (617) 880-1919

    *Counsel for Plaintiff Williams-Sonoma, Inc.*


By: */s/ Phillip Morton*
    Adam Gershenson, BBO No. 671296
    Stephanie Ainbinder, BBO No. 699145
    **COOLEY LLP**
    500 Boylston Street
    14th Floor
    Boston, MA 02116-3736
    Telephone: +1 617 937 2300
    Facsimile: +1 617 937 2400
    agershenson@cooley.com
    sainbinder@cooley.com

    Heidi Keefe
    **COOLEY LLP**
    3175 Hanover Street
    Palo Alto, CA 94304
    Telephone: +1 650 843 5000
    Facsimile: +1 650 849 7400
    hkeefe@cooley.com

    Phillip Morton
    **COOLEY LLP**
    1299 Pennsylvania Avenue, NW
    Suite 700

Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899
pmorton@cooley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 13, 2023, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to the attorneys of record by operation of the Court's electronic

filing system. Parties may access this filing through the Court's system.

*/s/ Sheryl Koval Garko*

Sheryl Koval Garko