# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAMS-SONOMA, INC., *Plaintiff*, v. WAYFAIR INC., *Defendant*. | Civil A. No. 1:21-cv-12063 **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Williams-Sonoma, Inc. ("WSI") and Defendant Wayfair Inc. ("Wayfair") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate that all remaining Counts in WSI's First Amended Complaint and the sole Count in Wayfair's Counterclaim in the above-captioned action may be and hereby are dismissed with prejudice. Accordingly, the entire above-captioned action is hereby dismissed with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Respectfully Submitted,
Dated: November 27, 2023

| ORRICK, HERRINGTON & SUTCLIFFE LLP | COOLEY LLP |
|---|---|
| */s/ Sheryl Koval Garko* | */s/ Phillip Morton* |
| Sheryl Koval Garko (BBO# 657735)<br>sgarko@orrick.com<br>Mark Puzella (BBO# 644850)<br>mpuzella@orrick.com<br>Laura Najemy (BBO# 678756)<br>lnajemy@orrick.com<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>(617) 880-1919<br><br>*Counsel for Plaintiff Williams-Sonoma, Inc.* | Adam Gershenson, BBO No. 671296<br>Stephanie Ainbinder, BBO No. 699145<br>500 Boylston Street<br>14th Floor<br>Boston, MA 02116-3736<br>Telephone: +1 617 937 2300<br>Facsimile: +1 617 937 2400<br>agershenson@cooley.com<br>sainbinder@cooley.com<br><br>Heidi Keefe<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: +1 650 843 5000<br>Facsimile: +1 650 849 7400<br>hkeefe@cooley.com<br><br>Phillip Morton<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: +1 202 842 7800<br>Facsimile: +1 202 842 7899<br>pmorton@cooley.com<br><br>*Counsel for Defendant Wayfair, Inc.* |